Ruffin, Chief Justice.
 

 The patent describes the land as lying
 
 on
 
 Crotan Sound, and “ beginning at a pine at
 
 the sound side,
 
 and running thence
 
 along the sound and marsh,
 
 south 36° east two hundred and twenty poles,” to another point, which is also on the sound. There is, therefore, a precise call for the sound, throughout the first line, from its commencement to its termination; and we deem it perfectly settled, that such a call cannot be departed from, to follow mere course and distance, under any circumstances. There are numerous cases, that the natural boundary called for, corrects and controls course and distance.
 
 Den ex dem. Sandifer
 
 v.
 
 Foster,
 
 1 Hay. Rep. 237, is the leading one; and in that, these same words, “ thence
 
 along
 
 the river,” carried a line half a mile beyond a white oak, called for as its termination, to the river, and then up the river, as it meandered, to the beginning, which was on the river. The judgment must be affirmed.
 

 Per Cukiam. Judgment affirmed.